# United States District Court
*Northern District of New York*

## JUDGMENT IN A CIVIL CASE

**EDWARD DE JESUS**

V.  CASE NUMBER: 92-CV-1637 (FJS)

**STATE CORRECTIONAL OFFICER DEPEW; STATE CORRECTIONAL OFFICER CONKLIN; STATE CORRECTIONAL OFFICER MIAUCK; STATE CORRECTIONAL OFFICER YARDLEY; JOHN DOE, 5 officers, SMITH; SERGEANT BERRIOS; K. BARNES, CAPTIAN; and DR. TUFAU**

[X]  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That this action having been called upon at the March 14, 1996 dismissal calendar of Judge Scullin and having no sufficient cause shown why this action should not be dismissed it is hereby ordered that the action be dismissed.

All of the above pursuant to the order of the Honorable Judge Frederick J. Scullin, Jr., dated the 14th day of March, 1997.

March 19, 1997

**DATE**

GEORGE A. RAY

**CLERK**

**(BY) DEPUTY CLERK**